UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:98CR396 RWS |
| ) | |
| TIEWYON WILEY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before me on Tiewyon Wiley's Motion to Modify Sentence Under 18 U.S.C. § 3582(c)(2) [#61]. The motion will be denied.

Wiley argues that his sentence should be reduced pursuant to 18 U.S.C. § 3582(c)(2) because the Guideline range he was sentenced under was reduced by the Sentencing Commission in Amendments 591 and 599 to the Guidelines Manual. Wiley is incorrect. The applicable Guideline range was not reduced pursuant to Amendments 591 or 599.

Accordingly,

**IT IS HEREBY ORDERED** that Tiewyon Wiley's Motion to Modify Sentence Under 18 U.S.C. § 3582(c)(2) [#61] is **DENIED**.

Dated this 19th day of April, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE